UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HISHAM AL-SHIBLAWY,

                Petitioner,

     v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C18-0532-JLR-MAT

REPORT AND RECOMMENDATION

      This is an immigration habeas action. The parties have filed a stipulated motion to dismiss because petitioner has been removed to Iraq. (Dkt. 6.) The Court recommends that the stipulated motion to dismiss be GRANTED and that this action be DISMISSED without prejudice and without an award of costs or fees to either party. A proposed Order accompanies this Report and Recommendation. The Clerk shall note this matter as immediately ready for the Honorable James L. Robart's consideration.

      Dated this 1st day of June, 2018.

                                              Mary Alice Theiler
                                              United States Magistrate Judge

REPORT AND RECOMMENDATION - 1